Slip Op. 09 - 25

# A M E N D E D   J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - - - - - - x

GEORGETOWN STEEL COMPANY, LLC *et al.*,       :

                     Plaintiffs,   :

              v.                :     Court No.  02-00739

UNITED STATES,                                :

                  Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - x

The court having entered judgment dismissing this action pursuant to its slip opinion 05-43, 29 CIT 373 (April 1, 2005); and the plaintiffs having interposed a motion for rehearing; and the court having granted that motion to the extent of vacation of the judgment of dismissal herein pending entry of final judgment in Court No. 01-00955, a related action then sub nom. Co-Steel Raritan, Inc. *et al*. v. U.S. Int'l Trade Comm'n; and the court in conjunction with the grant of plaintiffs' motion having issued slip opinions 07-7, 31 CIT ___ (Jan. 17, 2007), and 07-165, 31 CIT ___ (Nov. 8, 2007), remanding that related matter to the defendant International Trade Commission; and that defendant having filed the results of that remand, which have been affirmed by the court pursuant to its slip opinion 08-130, 32 CIT ___ (Nov. 25, 2008),

sub nom. Gerdau Ameristeel U.S. Inc. *et al.* v. U.S. Int'l Trade Comm'n; and the intervenor-defendant Saarstahl AG in the above-encaptioned action having now interposed a motion for summary judgment pursuant to the court's slip opinion 05-43 herein and the final judgment of affirmance entered in Court No. 01-00955 pursuant to slip opinion 08-130; and neither the plaintiffs nor the defendant or other intervenor-defendants having interposed any opposition to that motion;  Now therefore, after due deliberation, it is

ORDERED that the motion of intervenor-defendant Saarstahl AG for summary judgment be, and it hereby is, granted; and it is further

ORDERED, ADJUDGED and DECREED that the judgment of dismissal of this action on April 1, 2005 be, and it hereby is, reinstated.

Dated:  New York, New York
        April 1, 2009


                                        /s/ Thomas J. Aquilino, Jr.
                                            Senior Judge